IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| ANNE M. BROOKS, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
|     v. | ) CIVIL ACTION NO. |
| | ) 2:94cv1299-MHT |
| ALABAMA STATE BOARD OF | )     (WO) |
| EDUCATION; et al., | ) |
| | ) |
|     Defendants. | ) |

<u>JUDGMENT</u>

The court having been orally informed that this litigation is now moot, it is ORDERED that this case is dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of October, 2008.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE